```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 12186
   JASON J WHITE
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-6127

------------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
   The case was filed on 07/09/2007 and was not confirmed.

   The case was dismissed without confirmation 08/23/2007.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                         PAID           PAID
------------------------------------------------------------------------------
THE JUDICIAL SALES CORP  NOTICE ONLY     NOT FILED            .00            .00
PIERCE & ASSOC           NOTICE ONLY     NOT FILED            .00            .00
CAPITAL ONE              UNSECURED          574.92            .00            .00
SAXON MORTGAGE           CURRENT MORTG        .00             .00            .00
SAXON MORTGAGE           SECURED NOT I    43218.57            .00            .00
MELVIN J KAPLAN          DEBTOR ATTY          .00                            .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                        --------------      --------------
TOTALS                       .00                    .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
    Dated: 12/05/07               _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE
```